UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Benjamin H. Settle |
| Plaintiff, | ) | No. 3:16-cv-5179 |
| | ) | |
| v. | ) | SECOND AGREED NON-MATERIAL |
| | ) | CONSENT DECREE MODIFICATION |
| OCEAN GOLD SEAFOODS, INC., | ) | |
| and OCEAN COLD, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### SECOND AGREED NON-MATERIAL CONSENT DECREE MODIFICATION

The United States, on behalf of the U.S. Environmental Protection Agency ("EPA"), and Defendants Ocean Gold Seafoods, Inc., and Ocean Cold, LLC (the "Ocean Companies" or "Defendants") (collectively, "Parties"), enter into this Second Agreed Non-Material Modification to the Consent Decree (Dkt. No. 6) to make a non-material modification to the termination provision of the Consent Decree. Relevant background information and the specific terms of the Parties' agreement and the modification are set forth below.

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

1

**BACKGROUND**

1. On April 25, 2016, this Court entered a Consent Decree between the United States and Ocean Gold Seafoods, Inc. and Ocean Cold, LLC in this case (Dkt. No. 6).

2. The objective of the Consent Decree is for Defendants to take the necessary steps to comply with the Clean Air Act, the Emergency Planning and Community Right-to-Know Act ("EPCRA"), and the regulations promulgated under those laws at its seafood processing and cold storage facilities in western Washington.

3. On June 30, 2016, the Parties entered into a non-material Consent Decree modification that adjusted certain schedules required under the Consent Decree (Dkt. No. 7).

4. In May 2016 and March 2017, Ocean Companies modified the Refrigeration Appliances at the Ocean Gold and Ocean Cold facilities, respectively, so that those facilities no longer use "Refrigerant" as defined by the Consent Decree.

5. The Ocean Companies continue to use Refrigerant (specifically, R-22) in their Appliances at their Icehouse facility located at Point Chehalis dock and must comply with the terms of the Consent Decree as well as the Clean Air Act, EPCRA, and applicable regulations in the use of Refrigerant at the Icehouse facility until the termination requirements in Section XX of the Consent Decree are satisfied.

6. Paragraph 88 of the Consent Decree provides that the terms of the Decree may be modified only by a subsequent written agreement signed by all Parties. Where the modification constitutes a material change to the Consent Decree, it shall be effective only upon approval by the Court.

7. The Parties have agreed, pursuant to Paragraph 88, to modify the Termination

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

2

provision in Section XX of the Consent Decree. This non-material modification will allow Ocean Companies to convert the remaining Refrigeration Appliances at the Icehouse facility to ammonia. After this conversion, Ocean Companies will no longer use or store any Refrigerant covered by the Consent Decree at any of the facilities covered by the Consent Decree, and thus the Parties agree that the Consent Decree may be terminated at that time.

8.     The changes herein to the Consent Decree represent a non-material modification that does not require Court approval pursuant to Paragraph 88. The non-material modification simply allows the Consent Decree to terminate once its terms will no longer apply to any of the Defendants' facilities because they will no longer use covered Refrigerants. The Parties file this non-material modification to the Consent Decree with the Court in order to maintain a complete record of the Consent Decree and this modification thereto. No action by the Court is required at this time.

## AGREEMENT REGARDING NON-MATERIAL MODIFICATION

9.     The Parties hereby agree to the following non-material modifications to Section XX, Paragraph 91, of the Consent Decree:

a.     The existing text of Paragraph 91 shall be deleted.

b.     The following shall be inserted as a new Paragraph 91:

"Defendants may serve upon the United States a Request for Termination stating that they have satisfied the following requirements and providing any supporting documentation.

i.     No later than December 31, 2023, Defendants shall eliminate any Refrigerant, as defined in the Consent Decree, from their Icehouse facility and shall no longer use any Refrigerant in any of their Facilities.

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

3

Defendants shall submit a certification, pursuant to Paragraph 35 of the Consent Decree, that the R-22 from the Icehouse facility has been properly delivered to an EPA-certified refrigerant reclaimer, and that the Refrigerant-based components of the Appliance at the Icehouse facility have been rendered permanently inoperable.

ii.     If any Appliance is installed at the Icehouse after December 31, 2023, then that Appliance will not utilize any Refrigerant or non-exempt substitute, as defined in 40 C.F.R. § 82.152, and will instead utilize ammonia.

iii.    No later than March 31, 2024, Defendants shall engage a competent third party to complete a review of all Facilities as defined in the Consent Decree, which shall include at a minimum: (A) identifying all environmental compliance obligations arising under any statute and their implementing regulations applicable to any of the refrigeration systems at each of the Facilities; and (B) submitting a report summarizing those compliance obligations to Defendants.

iv.     Defendants have otherwise complied with the requirements of Sections V through VIII of this Decree, and have paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree.

v.      Defendants shall submit a certification to EPA, pursuant to Paragraph 35 of the Consent Decree, that the requirements of 91 i. through 91 iv. have been carried out."

10.    A redline version of the non-material modifications to Paragraph 91 is attached

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

4

here as Exhibit A.

11.     Except as specified herein, no provisions of the Consent Decree are modified, superseded, or altered in any way by this Agreement.

12.     No action by the Court is required. The parties are filing this non-material modification to the Consent Decree with the Court in order to maintain a complete record of the Consent Decree and this modification thereto.

## CONCLUSION

13.     The parties hereby agree that this Agreement shall be effective on the date that it has been signed by all the parties.

14.     This Agreement may be executed in counterparts.

**IT IS SO AGREED.**

The undersigned party hereby consents and certifies that it is authorized to consent to the terms and conditions of this Second Agreed Non-Material Consent Decree Modification.

FOR THE UNITED STATES OF AMERICA:

SUSAN M. AKERS
Deputy Chief
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice

Date:  12-8-2023

RACHEL FULLMER
Trial Attorney
DC Bar No. 1021325
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

5

Washington, D.C. 20044-7611
(202) 598-3560
Rachel.Fullmer@usdoj.gov

FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY

Date: 12/4/2023

BEVERLY LI
Regional Counsel
EPA Region 10, Seattle WA

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

6

The undersigned party hereby consents and certifies that it is authorized to consent to the terms and conditions of this Second Agreed Non-Material Consent Decree Modification.

FOR OCEAN GOLD SEAFOODS, INC., AND OCEAN COLD, LLC:

Date: November 16, 2023

Arthur A. Blauvelt III
Ingram, Zelasko, & Goodwin, LLP
120 East First Street
Aberdeen, WA 98520
Phone: (360) 533-2865
Fax: (360) 538-1511
    blauvelt@izglaw.com

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

7

**Exhibit A:**

Redline of Changes Agreed to in this Second Non-Material Modification of the Consent Decree

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

8

## XX. TERMINATION

91.    ~~After Defendants have completed the requirements of Sections V through VIII of this Decree, have thereafter maintained continuous satisfactory compliance with this Decree for a period of five full Refrigerant Years from the Effective Date of this Consent Decree, and have paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree, Defendants may serve upon the United States a Request for Termination, stating that Defendants have satisfied those requirements, together with all necessary supporting documentation.~~ Defendants may serve upon the United States a Request for Termination stating that they have satisfied the following requirements and provide any supporting documentation:

i.    No later than December 31, 2023, Defendants shall eliminate any Refrigerant, as defined in the Consent Decree, from their Icehouse facility and shall no longer use any Refrigerant in any of their Facilities. Defendants shall submit a certification, pursuant to Paragraph 35 of the Consent Decree, that the R-22 from the Icehouse facility has been properly delivered to an EPA-certified refrigerant reclaimer, and that the Refrigerant-based components of the Appliance at the Icehouse facility have been rendered permanently inoperable.

ii.    If any Appliance is installed at the Icehouse after December 31, 2023, then that Appliance will not utilize any Refrigerant or non-exempt substitute, as defined in 40 C.F.R. § 82.152, and will instead utilize ammonia

iii.    No later than March 31, 2024, Defendants shall engage a competent third party to complete a review of all Facilities as defined in the Consent Decree, which shall include at a minimum: (A) identifying all environmental compliance obligations arising under any statute

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

9

and their implementing regulations applicable to any of the refrigeration systems at each of the Facilities; and (B) submitting a report summarizing those compliance obligations to Defendants.

 iv. Defendants have otherwise complied with the requirements of Sections V through VIII of this Decree, and have paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree.

 v. Defendants shall submit a certification to EPA, pursuant to Paragraph 35 of the Consent Decree, that the requirements of 91 i. through 91 iv. have been carried out.

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

10

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2023, I caused a true and correct copy of the foregoing Second Agreed Non-Material Consent Decree Modification to be electronically filed with the Clerk of the Court using the CM/ECF system. The following Counsel for the parties was served via the CM/ECF system:

Arthur A. Blauvelt III
Ingram, Zelasko, & Goodwin, LLP
120 East First Street
Aberdeen, WA 98520
Phone: (360) 533-2865
Fax: (360) 538-1511
Ablauvelt@izglaw.com

/s/ Rachel Fullmer
RACHEL FULLMER
DC Bar No. 1021325
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3560
Rachel.Fullmer@usdoj.gov

Second Agreed Non-Material Consent
Decree Modification:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 598-3560

11