UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

THE UNITED STATES OF AMERICA,    )
                                 )
          Plaintiff,             )
                                 )        Judge Benjamin H. Settle
                                 )        No. 3:16-cv-5179
     v.                          )
                                 )
                                 )        Note on Motion Calendar:
OCEAN GOLD SEAFOODS, INC.,       )        February 26, 2025
and OCEAN COLD, LLC,             )
                                 )
          Defendants.            )
                                 )
_____)

## JOINT STIPULATED MOTION TO TERMINATE CONSENT DECREE

Pursuant to Section XX (Termination) of the Consent Decree entered in the above-caption action on April 25, 2016 (ECF No. 6), Plaintiff United States and Defendants Ocean Gold Seafoods, Inc., and Ocean Cold, LLC (collectively, "the Parties") hereby submit for approval this Joint Stipulation and Order for Termination of the Consent Decree ("Stipulation"). The Parties hereby stipulate that all requirements for termination of the Consent Decree have been satisfied and hereby request the Court order the Consent Decree terminated. As grounds therefore, the Parties state as follows:

1.      On March 7, 2016, Plaintiff United States, on behalf of the U.S. Environmental Protection Agency ("EPA"), filed a Complaint against Defendants Ocean Gold Seafoods, Inc., and Ocean Cold, LLC (the "Ocean Companies" or "Defendants"). The Complaint states claims for injunctive relief and civil penalties based on alleged violations of the Clean Air Act and the Emergency Planning and Community Right-to-Know Act ("EPCRA") at their facilities in

Joint Stipulated Motion to Terminate
Consent Decree:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 514-5270

1

Westport, Washington. ECF No. 1.

2.    Simultaneous with filing the Complaint, the United States lodged a Consent Decree settling all claims in this action. ECF No. 2-1. The Consent Decree was entered by this court on April 25, 2016. ECF No. 6. Under the Consent Decree, Defendants were required to pay a $495,000 civil penalty and implement specified injunctive relief measures to ensure further compliance at the facilities.

3.    On December 8, 2023, the United States filed a Second Agreed Non-Material Modification to the Consent Decree. ECF No. 10. The Modification revised Paragraph 91 of the Consent Decree, which sets forth the conditions for Termination.

4.    Section XX (Termination) of the Consent Decree sets forth the prerequisites and process for termination. Specifically, Paragraphs 91 (as modified) and 92 provide that:

91. Defendants may serve upon the United States a Request for Termination stating that they have satisfied the following requirements and providing any supporting documentation.

i.    No later than December 31, 2023, Defendants shall eliminate any Refrigerant, as defined in the Consent Decree, from their Icehouse facility and shall no longer use any Refrigerant in any of their Facilities. Defendants shall submit a certification, pursuant to Paragraph 35 of the Consent Decree, that the R-22 from the Icehouse facility has been properly delivered to an EPA-certified refrigerant reclaimer, and that the Refrigerant-based components of the Appliance at the Icehouse facility have been rendered permanently inoperable.

ii.    If any Appliance is installed at the Icehouse after December 31, 2023, then that Appliance will not utilize any Refrigerant or non-exempt substitute, as defined in 40 C.F.R. § 82.152, and will instead utilize ammonia.

iii.    No later than March 31, 2024, Defendants shall engage a competent third party to complete a review of all Facilities as defined in the Consent Decree, which shall include at a minimum: (A) identifying all environmental compliance obligations arising under any statute and their implementing regulations applicable to any of the refrigeration systems at each

Joint Stipulated Motion to Terminate
Consent Decree:
*United States v. Ocean Gold Seafoods Inc.,
and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 514-5270

2

of the Facilities; and (B) submitting a report summarizing those compliance obligations to Defendants.

    iv.    Defendants have otherwise complied with the requirements of Sections V through VIII of this Decree, and have paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree.

    v.    Defendants shall submit a certification to EPA, pursuant to Paragraph 35 of the Consent Decree, that the requirements of 91 i. through 91 iv. have been carried out.

92. Following receipt by the United States of Defendants' Request for Termination … [i]f the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

5.    On September 17, 2024, Defendants submitted a Request for Termination to the United States, citing its compliance with all prerequisites in Paragraph 91 (as modified) to termination of the Consent Decree.

6.    The United States has reviewed all of the information and concur with Defendants' assessment that they have complied with all requirements for termination of the Consent Decree.

7.    On February 12, 2025, EPA requested that the U.S. Department of Justice seek termination of the Consent Decree, as set forth in this Stipulation.

8.    The Parties stipulate and agree that Defendants' obligations to preserve records under Paragraph 72 of the Consent Decree shall, consistent with that Paragraph, continue for five (5) years from the date the Court enters an order terminating the Consent Decree.

9.    Therefore, the parties hereby stipulate that the Consent Decree may be terminated and request the Court to enter an order terminating the Consent Decree.

A proposed Order is filed herewith.

Joint Stipulated Motion to Terminate
Consent Decree:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 514-5270

3

DATED this 26 day of February, 2025.

                                Respectfully Submitted,

                                SUSAN M. AKERS
                                Deputy Chief
                                Environmental Enforcement Section
                                Environment and Natural Resources Division
                                U.S. Department of Justice

                                _____
                                DANICA ANDERSON GLASER (DC #1005853)
                                Senior Counsel
                                Environmental Enforcement Section
                                Environment and Natural Resources Division
                                United States Department of Justice
                                P.O. Box 7611, Ben Franklin Station
                                Washington, D.C. 20044-7611
                                202-514-5270
                                danica.glaser@usdoj.gov

OF COUNSEL:

SHIRIN GALLAGHER
Manager
Air, RCRA, Toxics, and Criminal Law Branch
Office of Regional Counsel
EPA Region 10
Seattle, WA

Date: February 25, 2025

ARTHUR A. BLAUVELT III (WSBA #8260)
INGRAM, ZELASKO & GOODWIN, LLP
120 East First St.
Aberdeen, WA 98520
360.533.2865
blauvelt@izglaw.com

Attorney for Defendants

Joint Stipulated Motion to Terminate
Consent Decree:
*United States v. Ocean Gold Seafoods Inc.,*
*and Ocean Cold, LLC*, No. 3:16-cv-5179

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, DC 20044-7611
(202) 514-5270

5